# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 25-CR-167** |
| | : | |
| **TYMAIR HARRIS** | : | |

## ORDER

**AND NOW**, this 16th day of September 2025, upon consideration of Defendant's Motion to Dismiss (ECF No. 85) and Government's response in opposition thereto (ECF No. 87), it is **hereby ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*s/Kai N. Scott*
_____
**HON. KAI N. SCOTT**
**United States District Court Judge**